

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00410-CR
No. 02-19-00411-CR
No. 02-19-00412-CR

_____

KIRK LYNN WRIGHT, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 297th District Court
Tarrant County, Texas
Trial Court Nos. 1565460D, 1565482D, 1588770D

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Memorandum Opinion by Chief Justice Sudderth

## MEMORANDUM OPINION

Appellant Kirk Lynn Wright was adjudicated guilty in two felony cases (appellate cause numbers 02-19-00410-CR and 02-19-00411-CR) in a community supervision revocation proceeding and sentenced to two years' confinement, to be served concurrently, in the institutional division of the Texas Department of Criminal Justice after opting to waive his right of appeal and plead "true." He pleaded guilty to a class A misdemeanor (appellate cause number 02-19-00412-CR) in exchange for 45 days' confinement in county jail, also set to run concurrently.

After Appellant attempted to appeal the trial court's judgments, we informed him that the trial court's certifications of his right to appeal in each case stated that he had no right of appeal. We informed Appellant that unless he or any party desiring to continue the appeals filed with the court a response showing grounds for continuing the appeals, the appeals could be dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. Appellant filed a response, but it does not show grounds for continuing the appeals. Therefore, we dismiss the appeals. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Bonnie Sudderth
Bonnie Sudderth
Chief Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: December 5, 2019